PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Timothy W. Cartwright      Case Number: 3:10-00220-01

Name of Current Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Susan C. Bucklew, U.S. District Judge (MD/FL)

Date of Original Sentence: March 20, 2008

Original Offense: Possessing and Attempting to Broker a Fictitious Instrument

Original Sentence: 21 months' custody and 5 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: November 27, 2009

Assistant U.S. Attorney: Unassigned      Defense Attorney: Unassigned

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allow the offender to terminate from supervision on November 19, 2014, still owing restitution

Considered this 12 day of Sept, 2014,
and made a part of the records in the above case.

Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U. S. Probation Officer

Place    Nashville, Tennessee

Date    September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The Defendant shall pay restitution of $185,000 at the rate of not less than 10% of his gross monthly income.**

    Mr. Cartwright has a balance of $170,121.46 of the ordered restitution that remains unpaid.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Cartwright began supervised release on November 27, 2009. He was sentenced in the Middle District of Florida and ordered to pay restitution of $185,000. He was further ordered to pay at the rate of $200 the first six months of supervised release, then increasing to $500 each month thereafter. Mr. Cartwright and his family relocated to Middle Tennessee to reside in his mother's home in June 2010. Jurisdiction of his case was transferred from the Middle District of Florida to the Middle District of Tennessee on August 19, 2010. His conditions were modified by the Court in April 2011, to allow him to pay restitution at the rate of not less than 10% of his gross monthly income. Since relocating to Middle Tennessee, Mr. Cartwright has struggled financially, mostly due to his unemployment. However, he was employed for a short period of time with Mopar, from March 2013 until June 2013. He did not pay any restitution during that time. He has remained unemployed since June 2013. Mr. Cartwright had gastric bypass surgery to alleviate his diabetic complications. Following the initial surgery, he became toxic and had to undergo additional surgeries due to complications from the initial procedure.

### U.S. Probation Officer Recommendation:

It is respectfully recommended that no action be taken by the Court at this time, and Mr. Cartwright be allowed terminate on November 26, 2014, still owing the remaining ordered restitution.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer